**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Bankruptcy No. 24-01775** |
| **Joanna K Basaya** | ) | |
| | ) | **Chapter 13** |
| | ) | **Hon. Deborah L. Thorne** |
| **Debtors.** | ) | |

.

**CHAPTER 13 AMENDED PLAN PROOF OF SERVICE**

I, Helena Milman, an attorney, certify that a copy of this Amended Chapter 13 Plan was sent (as indicated on the Service List) via electronic transmission to the parties' registered address or via U.S. Mail, postage prepaid, by depositing a copy of same in the U.S. Mailbox at 10 S LaSalle Street, Ste 251000 Chicago, Illinois 60603, on May 25, 2024.

By: Helena Milman, Esq.

Helena Milman, Esq. # 6294473
hmilman@orb-legal.com
Peter L. Berk, Esq. #6274567
plberk@orb-legal.com
10 S LaSalle Street, Ste 2510
Chicago, Illinois 60603
Ph: (312) 758-1121, F: (312) 212-5963

**SERVICE LIST**

**CM/ECF**
Glenn Stearns, Chapter 13 Trustee
BMW Bank of North America
JPMorgan Chase Bank

**U.S. Mail**
**Joanna K Basaya**
13511 South Lake Drive
Plainfield, IL 60544

Bankers Healthcare Group, LLC
201 Solar Street
Syracuse, NY 13204

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

BMW Financial Services NA, LLC c/o AIS
Portfolio S
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Synchrony Bank
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

552 Washington LLC
c/o Calvo Law Offices, PC
552 Washington Street, ste 224
Naperville, IL 60540